VERRET AND OTHERS *vs.* BOURGEOIS.

APPEAL FROM THE SAME DISTRICT.

For the reasons set forth in the case of the same plaintiffs against Theriot, the judgment rendered in this case must remain undisturbed.